JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 622 -- In re M/V ANTACUS Sinking Off the Azores on July 16, 1984

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/11/01 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERT. OF SERVICE -- Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd. -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK; SUGGESTED TRANSFEREE JUDGE:  CHARLES L. BRIEANT  (cds) |
| 84/11/09 | | APPEARANCES -- MARK J. JAFFE, ESQ. for Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd.; ANTONIO J. RODRIGUEZ, ESQ. for The Britannia Steam Ship Insurance Assoc., Ltd.; ALAN VAN PRAAG,ESQ. for Atlantic Lines & Navigation Co., Inc., Atlantic Lines, S.A., and Agence Maritime Transoceanique, S.A.  (ds) |
| 84/11/14 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Filed by defts. Atlantic Lines, S.A. and Agence Maritime Transoceanique, S.A. -- Extension GRANTED to and including December 14, 1984 to ALL PARTIES -- Notified involved counsel.  (ds) |
| 84/11/14 | | APPEARANCES -- MACHALE A. MILLER, ESQ. for Pacific Employers Insurance Co., et al.; ~~HARRY N. GAVALAS, ESQ.~~ -- HARRY A. GAVALAS, ESQ. for Berol Chemicals, Inc., Saint Charles Place Divelbiss, Monsieur Turco, Morrow Crane Co., Inc., Vallourec, Inc. and CCTF (a div. of EMCO, LTD.)  (ds) |
| ~~84/11/15~~ | | ~~AMENDED SCHEDULE OF ACTIONS -- amending schedule to include all parties involved in A-1. (ds)~~ |
| 84/11/15 | | AMENDED SCHEDULE OF ACTIONS -- amending schedule to include complete caption of parties involved in A-1  (ds) |
| 84/12/14 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-3 for Panel hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 84/12/14 | 3 | RESPONSE, BRIEF -- Transocean Maritime Agencia (also as local counsel for Atlantic Lines, S.A., Atlantic Lines & Navigation Co., Inc., and Agence Maritime Transoceanique, N.V.) -- w/Exhibits 1-2, and cert. of service  (cds) |
| 84/12/14 | 4 | RESPONSE -- Atlantic Lines, S.A. and Agence Maritime Transoceanique, S.A. -- w/Attachments and cert. of service (cds) |
| 84/12/14 | 5 | RESPONSE -- Pacific Employers Insurance Co., J. Haenecour & Co. N.V., Thyssen Inc., Nordstern Allgemeine Versicherungs - Aktiengesellschaft, Paderwerk Gebr. Benteler GmbH & Co., Assekuranz - Union, Gothaer Versicherungs VVAG, Kloeckner Inc., Albingia Versicherungs - Akteingesellschaft, Sairex S.A., Helvetia Schweizersche Feuerversicherungsgesellschaft, Vallourec Inc. and Philippe Martin -- w/Exhibits and cert. of service  (cds) |

622      In re M/V ANTACUS Sinking Off the Azores on July 16, 1984

| | | |
|---|---|---|
| 84/12/21 | 6 | STATEMENT BY CLAIMANTS -- Special Steels, et al. -- w/cert. of service  (cds) |
| 84/12/26 | 7 | STATEMENT -- Britannia Steamship Insurance Association, Ltd. -- w/cert. of service  (cds) |
| 85/01/03 | | APPEARANCE -- ALAN S. LOESBERG, ESQ. for Steels of America, Inc., Daval Steel Products, C. Tennant Sons & Co., Allied Steel & Wire (rh) |
| 85/01/04 | 8 | STATEMENT BY CLAIMANTS -- Berol Chemicals, Inc., et al. -- w/cert. of svc. (rh) |
| 85/01/04 | 9 | REPLY, AMENDED SCHEDULE OF ACTIONS, EXHIBITS -- Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd. -- w/Brief in Support and cert. of service  (cds) |
| 85/01/07 | | APPEARANCE:  NEAL D. HOBSON, ESQ. for Lloyd's Register   (rh) |
| 85/01/07 | 10 | RESPONSE -- Deft. Lloyd's Register -- w/cert. of svc. (rh) |
| 85/01/08 | 11 | RESPONSE -- Defts. Planum, Inc. and Radix Group, International -- w/cert. of svc. (rh) |
| 85/01/14 | 12 | STATEMENT BY CLAIMANTS -- Lykes Bros. -- w/cert. of svc. (rh) |
| 85/01/14 | | APPEARANCE: J. FRANCOIS ALLAIN, ESQ. for Transocean Maritime Agencies, S.A.  (rh) |
| 85/01/16 | 13 | REPLY BRIEF -- defts. Pacific Employers Insurance Co., J. Haenecour & Co. N.V., Thyssen Inc., Nordstern Allegemeine Versicherungss- Aktiengesellschaft, Paderwerk Gebr. Benteler GmbH & Co., Assekuranz - Union, Gothaer Versicherungs VVag, Kloechkner Inc., Albingia Versicherungs - Aktiengesellschaft, Sairex S.A., Helvetia Schweizerische Feuerversicherungsgesellschaft, Vallourec Inc. and Philippe Martin w/cert. of svc. (ds) |
| 85/01/22 | | HEARING APPEARANCES:  MARK M. JAFFE or LIONEL SAPORTA, ESQS. for Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd.; ALAN VAN PRAAG, ESQ. for Atlantic Lines & Navigation Co., Inc., Atlantic Lines, S.A., Agence Maritime Transoceanique, S.A., Transocean Maritime Agencies, S.A.M.; MACHALE A. MILLER, ESQ. for Pacific Employer Insurance Co., et al. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 622 -- In re M/V ANTACUS Sinking Off the Azores on July 16, 1984

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/01/22 | | WAIVERS OF ORAL ARGUMENT:  C.V. STWINWEG N.V., St. Mary Galvenizing Corp., Dudley Port Rolling Mills, Sauk Southwest Steel Co., Planum Inc., Radix International; Britannia Steam Ship Ins. Assn. Ltd.; Berol Chemicals, Inc., Morrow Crane Co., Inc., Saint Charles Place, Divelbiss and Monseur, Turco, Vallourec, Inc., and CCTF Div. of Emco Ltd.; Special Steels of America, Inc., Allied Steel & Wire, Ltd., Daval Steel Products, C. Tennant & Sons & Co. of New York; Lykes Bros. S.S. Co.; Lloyd's Register of Shipping  (cds) |
| 85/02/12 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to E.D. Louisiana to the Honorable George Arceneaux, Jr. pursuant to 28 U.S.C. §1407 (rh) |
| 85/02/12 | | TRANSFER ORDER -- transferring litigation (A-1, A-2, A-3) Actions to the E.D. Louisiana pursuant to 28 U.S.C. §1407 -- Notified PASL, involved clerks, judge, and misc. recip. (rh) |
| 85/08/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY --B-4 Special Steels of America, Inc., et al. v. Atlantic Lines, S.A., S.D. New York, C.A. No. 84-Civ-5472(CLB) Notified involved judges and counsel.  (paa) |
| 85/08/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-4 Special Steels of America, Inc., et al. v. Atlantic Lines, S.A., S. D. New York, C.A. No. 84-Civ-5472 (CLB)  NOTIFIED INVOLVED JUDGES AND CLERKS  (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 622 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re M/V ANTACUS Sinking Off the Azores on July 16, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 24, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/12/85 | TO | unpublished | E.D. Louisiana 53L | Hon. George Arceneaux, Jr. | |

### Special Transferee Information

DATE CLOSED: 5/87

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Honorable George Arceneaux, Jr.
Eastern District of Louisiana

DOCKET NO. 622 -- In re M/V ANTACUS Sinking Off the Azores on July 16, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | In the Matter of the Complaint of Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd., etc. | S.D.N.Y. Brieant | 84 Civ 5350(CLB) | 2-12-85 | 85-0761-K-1 | 5/87D | |
| A-2 | Astarte Shipping Co., et al v. Atlantic Lines & Navigation Co., Ltd., et al. | S.D.N.Y. Brieant | 84 Civ 5535(CLB) | 2-12-85 | 85-0762-K-17/11/86D | | |
| A-3 (*) | Pacific Employers Insurance Co., et al. v. Atlantic Lines S.A., et al. | E.D.La. Arceneaux | 84-3832Sect.K Mag.1,Sec.(4) | | | 7/11/86D | |
| B-4 | Special Steels of America, Inc., et al v. Atlantic Lines, S.A. 8/2/85 | S.D.N.Y Brieant | 84 Civ 5472 (CLB) | 8/20/85 | 85-3909-K-1 7/11/86D | | |
| X̶Y̶Z̶-5 | J. Haenecour & Co., et al. v. Lykes Bros. Steamship Co., Inc. | E.D.La. Arceneaux | 84-5452 Sect.J, Mag. 3 | | | 5/82D | |
| XYZ-6 | Pauwels Chance Inc. v. Lykes Bros. Steamship Co., Inc. | E.D.La. | 85-3094-K | | | 5/82D | |
| XYZ-7 | Pauwels Chance Inc. v. Atlantic Lines Inc., et al. | E.D. La. | 85-3095-K | | | 5/82D | |
| XYZ-8 | Pacific Employers Ins. Co., et al. v. Arion Navigation, Inc., et al. | E.D.La. | 85-802-K(1) | | | 3/87 D | |

*July 1985 — 8 TR/2 XYZ/4 Pending (B-4 not Tr̶d̶)*

(*) C.A. No. 85-3094 and 85-3095 consolidated with A-3 for trial.

*July 1986 — 1 TR; 3-XYZ; 8 Pending*
*July 1987 - 8 D/4 Rtg. Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 622 -- In re M/V ANTACUS Sinking off the Azores on

July 16, 1984

REVISED LIST - 11/14/84

| | |
|---|---|
| ASTARTE SHIPPING CO. (A-1 & A-2 <br> CHI YUEN NAVIGATION CO., LTD. <br> Mark M. Jaffe, esquire <br> Hill, Betts & Nash <br> One World Trade Center <br> Suite 5215 <br> New York, New York 10048 | ATLANTIC LINES & NAVIGATION CO., INC. <br> ATLANTIC LINES, S.A. <br> AGENCE MARITIME TRANSOCEANIQUE, S.A. <br> Alan Van Praag, Esquire <br> Poles, Tublin, Patestides & Stratakis <br> 46 Trinity Place <br> New York, New York 10006 |

BEROI CHEMICALS, INC.
SAINT CHARLES PLACE DIVELBISS
MONSIEUR TURCO
MORROW CRANE CO., INC.
VALLOUREC, INC.
CCTF (a division of EMCO, Ltd.)
Harry A. Gavalas, Esquire
Vincent Berg, Russo, Marcigliano
 & Zawacki
127 John Street
New York, New York 10038

PACIFIC EMPLOYERS INSURANCE CO. (A-3)
J. HAENECOUR & CO. N.V.
THYSSEN, INC.
NORDSTERN ALLGEMEINE VERSICHERUNGS-
 AKTIENGESELLSCHAFT
PADERWERK GEBR. BENTELER GmbH & CO.
ASSEKURANZ-UNION
GOTHAER VERSICHERUNGS VVAG
KLOECKNER, INC.
ALBINGIA VERSICHERUNGS-AKTIENGESELLSCHAFT
SAIREX, S.A.
HELVETIA SCHWEIZERISCHE FEVERVERSICHERUNGS-
 GESELLSCHAFT
VALLOUREC INC.
PHILIPPE MARTIN
G. SIMON & CO.
BAYERISCHE VERISCHERUNGSGESELLSCHAFT
Machale A. Miller, Esquire
O'Neil, Eichin & Miller
1250 Poydras Plaza, Suite 2220
New Orleans, Louisiana 70113

THE BRITANNIA STEAM SHIP INSURANCE
 ASSOC., LTD.
Antonio J. Rodriquez, Esquire
Phelps, Dunbar, Marks, Claverie
 & Sims
1300 Hibernia Bank Building
New Orleans, Louisiana 70112

ALLIED STEEL & WIRE, LTD.
STEELS OF AMERICA, INC.
DAVAL STEEL PRODUCTS
C. TENNANT & SONS & CO.
Alan S. Loesberg, Esquire
Hill, Rivkins, Carey, Loesberg,
O'Brien & Mulroy
21 West Street, 21st Floor
New York, New York  10006

LYKES BROS. STEAMSHIP CO., INC.
Terriberry, Carroll & Yancey    (No
2100 International Trade Mart    App.)
New Orleans, La.  70130

PLANUM INC.
RADIX GROUP, INTERNATIONAL
Donavan, Maloof, Walsh & Kennedy
161 William Street
New York, New York 10038
(No app. re'd)

LLOYD'S REGISTER

Neal D. Hobson, Esquire
Milling, Benson, Woodward, Hillyer,
Pierson & Miller
1100 Whitney Building
New Orleans, Louisiana  70130

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __622__ -- In re M/V Antacus Sinking Off the Azores on July 16, 1984

TRANSOCEAN MARITIME AGENCIA, S.A.
J. Francois Allain, Esq.
Kenneth J. Servay, Esq.
Chaffe, McCall, Phillips,
  Toler & Sarpy
1500 F.N.B.C. Building
New Orleans, LA  70112-1790

SPECIAL STEELS OF AMERICA, INC., ET AL.
 (B-4)(Same as Allied Steel & Wire, LTD)
Alan S. Loesberg, Esq.
Hill Rivkins Carey Loesberg O'Brien
  and Mulroy
21 West Street, 21st Floor
New York, New York  10006

*Removed per request Loesberg*

J. HAENECOUR & CO., ET AL. (B-5)
Machale A. Miller, Esq.
Michael W. Lodwick, Esq.
O'Neil, Eichin & Miller
1250 Poydras Plaza, Suite 2220
New Orleans, LA  70113

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _622_ -- _In re M/V ANTACUS Sinking Off the Azores on July 16, 1984_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Atlantic Lines & Navigation Co., Ltd. | A8, A-3 |
| Atlantic Lines, S.A. | A-2, A-3, A-1  B-4 |
| Agence Maritime Trans-oceanique S.A. | A-3, A-2 |
| Britannia Steam Ship Insurance Assoc., Ltd. | A-3 |
| Beroi Chemicals, Inc. | A-1 |
| Saint Charles Place Divelbiss | A-1 |
| Monsieur Turco | A-1 |
| Morrow Crane Co., Inc. | A-1 |
| Vallourec, Inc. | A-1 |
| CCTF (a division of EMCO, Ltd.) | A-1 |
| Pacific Employers Insurance Co. | A-1 |

p. __2__

| | |
|---|---|
| J. Haenecour & Co. N.V. | A-1, A-3 |
| Thyssen, Inc. | A-1, A-3 |
| Nordstern Allgemeine Versicherungs-Aktiengesellschaft | A-1, A-3 |
| Paderwerk Gebr. Benteler GmbH & Co. | A-1, A-3 |
| Assekuranz-Union | A-1, A-3 |
| Gothaer Versicherungs VVAG | A-1, A-3 |
| Kloeckner, Inc. | A-1, A-3 |
| Albingia Versicherungs-Aktiengesellschaft | A-1, A-3 |
| Sairex, S.A. | A-1, A-3 |
| Helvetia Schweizerische Feverversicherungs-Gesellschaft | A-1, A-3 |
| Vallourec, Inc. | A-1, A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 622 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Philippe Martin | A-1, A-3 |
| G. Simon & Co. | A-1 |
| | |
| Allied Steel & Wire, Ltd. | A-1 |
| Steels of America, Inc. | A-1 |
| Daval Steel Products | D-1 |
| C. Tennant & Sons & Co. | A-1 |
| Lykes Bros. Steamship Co., Inc. | A-1  B-5 |
| Planum Inc. | A-1 |
| Radix Group, Int'l | A-1 |
| Transocean Maritime Agency, S.A. | A-3 |

p. _____

| | A-3 |
|---|---|
| *Lloyds Register of Shipping* | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |