DOCKET NO. 622

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE M/V ANTACUS SINKING OFF THE AZORES, ON JULY 16, 1984

TRANSFER ORDER*

This litigation presently consists of three actions pending in two federal districts: one action in the Eastern District of Louisiana and two actions in the Southern District of New York. Before the Panel is a motion by the owner and operator of the M/V ANTACUS, Astarte Shipping Company and Chi Yuen Navigation Co., Ltd., to transfer the Louisiana action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the two actions pending there. A Louisiana defendant and ten cargo claimants in one New York action, some of whom are also plaintiffs in the Louisiana action, favor transfer. Four other Louisiana defendants, two of whom are also defendants in the second New York action; the third defendant in the second New York action; and the remaining twelve plaintiffs in the Louisiana action oppose transfer. If the Panel deems transfer appropriate, the opposing Louisiana plaintiffs urge that the actions be centralized in the Eastern District of Louisiana.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Eastern District of Louisiana will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions arise from the July 16, 1984 sinking of the M/V ANTACUS which departed from Hamburg, Germany, on a westbound voyage for United States gulf ports with stops in Bremerhaven, Germany and Antwerp, Belgium. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Eastern District of Louisiana is the preferable transferee forum. We note 1) that much of the cargo in the M/V ANTACUS was carried under bills of lading for delivery in New Orleans, Louisiana; 2) that relevant documents and United States witnesses are located there or nearby; and 3) that most of the cargo claimants and other parties are already before the court in the Eastern District of Louisiana.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Louisiana be, and the same hereby are, transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable George Arceneaux, Jr., for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

<u>MDL-622 -- In re M/V ANTACUS Sinking Off the Azores on July 16, 1984</u>

 <u>Eastern District of Louisiana</u>

<u>Pacific Employers Insurance Co., et al. v. Atlantic Lines, S.A., et al.</u>, C.A. No. 84-3832 Sec.K Mag. 1, Sec.(4)

 <u>Southern District of New York</u>

<u>In the Matter of the Complaint of Astarte Shipping Co. and Chi Yuen Navigation Co., Ltd., etc.</u>, C.A. No. 84-Civ-5350 (CLB)

<u>Astarte Shipping Co., et al. v. Atlantic Lines & Navigation Co., Ltd., et al.</u>, C.A. No. 84-Civ-5535 (CLB)